NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
101 S. Western Avenue, Second Floor
Los Angeles, CA  90004
Phone:  (213) 205-6560

ATTORNEY(S) FOR:  CAMERON HARRELL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CAMERON HARRELL | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| MOUNTAIN VIEW CABINS LLC; EDWARD SUNG HAN; and DOES 1 to 10 | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  CAMERON HARRELL
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CAMERON HARRELL | Plaintiff |
| MOUNTAIN VIEW CABINS LLC | Defendant/Business Owner |
| EDWARD SUNG HAN | Defendant/Property Owner |

08/16/2024
Date

/s/  Jason J. Kim
Signature

Attorney of record for (or name of party appearing in pro per):

CAMERON HARRELL